FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-4727
_____

BOBBY BULLOCK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Terry Lewis, Judge.

September 18, 2019

PER CURIAM.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Appellant's counsel filed a brief informing the court that she cannot make an argument for reversal of the judgment and sentence or order revoking Appellant's probation. However, after Appellant's motion to correct sentencing error was denied, counsel argues that the order revoking probation must be corrected to specify the condition of probation Appellant admitted to violating. We agree and remand for entry of a corrected order revoking probation. *See Lee v. State*, 826 So. 2d 457 (Fla. 1st DCA 2002). Appellant need not be present.

AFFIRMED and REMANDED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Candice K. Brower, General Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Gainesville, and Melissa J. Ford, Assistant Regional Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.